# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00080-CR

---

## Ex parte Fabbian Donte Scott

---

### FROM THE CRIMINAL DISTRICT COURT OF JEFFERSON COUNTY
### NO. 21-36749, JOHN B. STEVENS JR., JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Fabbian Donte Scott, acting pro se, filed a notice of appeal from a January 31, 2022 order denying his application for a pretrial writ of habeas corpus issued by the criminal district court of Jefferson County, Texas.[1]  However, our appellate jurisdiction in criminal cases does not extend to Jefferson County, which is outside the boundaries of our district.  *Compare* Tex. Gov't Code § 22.201(d) (listing twenty-four counties in Third Court of Appeals' district), *with id.* § 22.201(j) (listing counties in Ninth Court of Appeals District, including Jefferson County).  Because Jefferson County is outside the boundaries of our district, we lack appellate jurisdiction in this matter, and we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

Darlene Byrne, Chief Justice

---

[1]  We reference only the information that Scott provided in his notice of appeal and in his prematurely filed brief because we do not have a clerk's record.

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed:   March 22, 2022

Do Not Publish